ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 SEP 26 P 3:56

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| RAYMOND W. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-098 |
| | ) | |
| JAMES E. DONALD, Commissioner; | ) | |
| VICTOR L. WALKER, Warden of Augusta | ) | |
| State Medical Prison; and AUGUSTA | ) | |
| STATE MEDICAL PRISON STAFF, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED**, this action is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 26 day of September, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE